# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| FREDDIE LEWIS IRVIN, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:20-cv-91 |
| | * | |
| v. | * | |
| | * | |
| JEFF COLEMAN, et al., | * | |
| | * | |
| Defendants. | * | |

### O R D E R

    Before the Court are Plaintiff's Objections to the Magistrate Judge's Report and Recommendation dated November 30, 2020.  Dkt No. 9.  In the Report, the Magistrate Judge recommended the Court dismiss Plaintiff's claims for monetary damages against Defendants in their official capacities but allowed Plaintiff to proceed with his Eighth Amendment and First Amendment claims against Defendants in their individual capacities.  Dkt. No. 7, p. 1.  In his Objections to the Report, Plaintiff asserts the Magistrate Judge mis-cited his Complaint.  Dkt. No. 9, pp. 1-2.  Upon review, it appears the Magistrate Judge's citations are correct.  Plaintiff is advised the Magistrate Judge cited the page number, rather than paragraph or

AO 72A
(Rev. 8/82)

section number, in his Report.  Plaintiff's Objections are irrelevant and, thus, **OVERRULED**.

After an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge's Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Plaintiff's Objections.  The Court **DISMISSES** Plaintiff's official capacity claims against Defendants for monetary damages.  Plaintiff's retaliation claims against Defendants Coleman, Wicker, Johnson, Caldwell, Gibbons, and Wright and Plaintiff's Eighth Amendment deliberate indifference claim against Defendants Coleman, Wicker, Johnson, Caldwell, Gibbons, and Wright remain pending.  Dkt. No. 8.

**SO ORDERED**, this 4th day of January, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2