# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| FREDDIE LEWIS IRVIN, | * |
| Plaintiff, | *  CIVIL ACTION NO.: 5:20-cv-91 |
| v. | * |
| JEFF COLEMAN, et al., | * |
| Defendants. | * |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 28. No Objections to this Report and Recommendation have been made.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DENIES** Defendants' Motions to Dismiss. Dkt. Nos. 13, 17. Plaintiff's claims remain pending.

**SO ORDERED**, this 24 day of January, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)